UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
DAVID GOLUBOW,                                      Docket No.: 17-cv-00467
                                                                                (JMA)(AKT)
                    Plaintiff,

    - against –                                  **NOTICE OF WITHDRAWAL OF ATTORNEY MICHAEL C. O'MALLEY**

LONG ISLAND RAILROAD d/b/a
MTA LONG ISLAND RAILROAD


                  Defendant.
---------------------------------------------------------------------X

**TO:** The Clerk of the Court and all parties of record via ECF.

**PLEASE TAKE NOTICE** that MICHAEL C. O'MALLEY, is no longer with the firm of Dell & Dean, PLLC., and hereby withdraws his appearance as counsel for Plaintiff, DAVID GOLUBOW.

Mr. O'Malley's name should be removed from the Court's and the parties' service lists.

**PLEASE TAKE FURTHER NOTICE,** that all pleadings, notices, exchanges, disclosures, etc., and all correspondence relating to this action should still be served upon DELL & DEAN, PLLC.

Dated: Garden City, New York
         October 23, 2020

                                                      Yours, etc.

                                                        DELL & DEAN, PLLC.
                                  By:    */s/Kristen Sinnott*
                                                     Kristen N. Sinnott, Esq. (KS-7707)
                                                     *Attorneys for Plaintiff*
                                                     1225 Franklin Avenue, Suite 450
                                                     Garden City, New York 11530
                                                     Telephone: (516) 880-9700
                                                     Facsimile: (516) 880-9707
                                                     Email: ksinnott@d2triallaw.com